| | |
|---|---|
| United States District Court | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
June 21, 2021
Nathan Ochsner, Clerk

Leonard Charles Wafer, §
    Petitioner, §
§
v. §
§ Civil Action H-20-2877
Bobby Lumpkin, §
Director, Texas Department §
of Criminal Justice, Correctional §
Institutions Division, §
    Respondent. §

## Order of Adoption

On May 19, 2021, Magistrate Judge Peter Bray recommended that the court dismiss Leonard Charles Wafer's petition for writ of habeas corpus. (13) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on June 21, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge